**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rafael Carrisoza Rivera,   )   | CIV 07-8043-PCT-SMM (MHB) |
| )  Plaintiff,   )   | **ORDER** |
| vs.   ) | |
| Management & Training Corporation, et al.,   ) ) ) | |
| Defendants.   ) ) | |

Defendant Darla Elliot's Motion to Dismiss (Doc. #14) now ready for the Court's consideration,

**IT IS HEREBY ORDERED** withdrawing the reference to the Magistrate Judge as to Defendant's Motion to Dismiss (Doc. #14). All other matters shall remain with the Magistrate Judge for disposition as appropriate.

DATED this 24th day of January, 2008.

_____
Stephen M. McNamee
United States District Judge