**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rafael Carrisoza Rivera, | ) No. CV 07-8043-PCT-SMM (MHB) |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| Darla Elliot, et al., | ) |
| Defendants. | ) |

The Court having received the Stipulation for Dismissal with Prejudice filed by the parties (Dkt. 74),

**IT IS HEREBY ORDERED** that the above-captioned action is dismissed with prejudice as to Defendants Marvin Jump, Sean Malone, and Jerry Soulvie, each party to bear its own costs and fees, including attorneys' fees.

**IT IS FURTHER ORDERED** that the pending Motion for Summary Judgment by Defendants Marvin Jump, Sean Malone, and Jerry Soulvie (Dkt. 71) is hereby **VACATED**.

DATED this 23rd day of October, 2008.

Stephen M. McNamee
United States District Judge