**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Rafael Carrisoza Rivera, | ) | No. CV 07-8043-PCT-SMM (MHB) |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Darla Elliot, et al., | ) | |
| Defendants. | ) | |

The Court having received the Stipulation for Dismissal filed by the parties (Dkt. 75),

**IT IS HEREBY ORDERED** that the above-captioned action is dismissed with prejudice as to Defendant Darla Elliott, each party to bear its own costs and fees, including attorneys' fees.

**IT IS FURTHER ORDERED** that the pending Motion for Summary Judgment by Defendant Darla Elliott (Dkt. 68) is hereby **VACATED**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall terminate this action.

DATED this 23rd day of October, 2008.

Stephen M. McNamee
United States District Judge